**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **GREE, INC.,** | § § | |
| Plaintiff, | § § | Case No.: 2:19-cv-00310-JRG-RSP |
| v. | § § § | JURY TRIAL DEMANDED |
| **SUPERCELL OY,** | § § | |
| Defendant. | § § | |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff GREE, Inc. and Defendant Supercell Oy (collectively, the "Parties") respectfully file this Joint Motion to Amend the Docket Control Order pursuant to the Court's January 28, 2020, Scheduling Conference. At this Court's Scheduling Conference on January 28, 2020, this Court set all deadlines for the 19-cv-310 and 19-cv-311 cases on the same track, with the exception of the claim term exchanges, discovery cut off, claim construction briefing, the *Markman* Hearing, and disclosure of Opinions of Counsel, which were scheduled approximately three to four days apart between the two cases. Further, the Court set the trial in this case for March 1, 2021 in both matters. The Parties hereby respectfully request that the 19-cv-310 case be placed upon the same schedule as the 19-cv-311 case, that the parties be permitted to conduct a consolidated *Markman* Hearing for the two cases on the date as set forth in the 19-cv-311 case, and that the trial in both cases be reset to begin March 22, 2021 or later. There is good cause to amend the Docket Control Order to align the schedule of the 19-cv-310 case with the 19-cv-311 case and reset the trial date because doing so would conserve party and judicial resources and would streamline the proceedings. Moreover, Lead Counsel and Co-Counsel for GREE, Inc., Steven D. Moore and Taylor Pfingst, both have a previously scheduled trial in a matter captioned: *Aqua Lighting*

*Technologies, LLC v. Zodiac Pool Systems, LLC*, 19-cv-01719, pending in the Southern District of California.  The trial in that matter is scheduled to begin on March 2, 2021 and thus conflicts with the March 1, 2021 date set for trial in this matter.  Therefore, good cause exists to amend the Docket Control Order in this case to reset the trial date as well.

      The parties have conferred and respectfully request that the dates set forth in the Docket Control Order be adjusted to (1) align with those dates set forth in the schedule for the 19-cv-311 case, (2) that certain other non-asterisk dates relating to the service of Supercell's invalidity and subject-matter eligibility contentions and exchange of claim terms be moved, consistent with agreement reached between the parties, and that (3) the trial date be moved to March 22, 2021 or later, at the Court's convenience, to accommodate conflicting trial dates in other matters for counsel for GREE, Inc. as set forth above.

      The Parties have conferred and agreed upon all other provisions of the Docket Control Order and hereby jointly move to amend the Docket Control Order to set new dates consistent with the above as set forth in the Amended Docket Control Order, a copy of which is attached hereto for the Court's entry.

Dated: February 12, 2020                               Respectfully submitted,

                                                                 */s/ Steven D. Moore*
                                                               Melissa R. Smith
                                                               (Texas State Bar No. 24001351)
                                                               **GILLAM & SMITH LLP**
                                                               303 S. Washington Ave.
                                                               Marshall, Texas 75670
                                                               Telephone: (903) 934-8450
                                                               Facsimile: (903) 934-9257
                                                               Email: melissa@gillamsmithlaw.com

Steven D. Moore
(CA Bar No. 290875)
Taylor Pfingst
(CA Bar No. 316516)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:       415 576 0200
Facsimile:        415 576 0300
Email:  smoore@kilpatricktownsend.com
Email:  tpfingst@kilpatricktownsend.com

Norris P. Boothe
(CA Bar No. 307702)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  650-326-2400
Facsimile:  650-326-2422
Email:  skolassa@kilpatricktownsend.com
Email:  wmosley@kilpatricktownsend.com
Email:  nboothe@kilpatricktownsend.com

John C. Alemanni
(NC Bar No. 22977)
Taylor Higgins Ludlam
(NC Bar No. 42377)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
4208 Six Forks Road
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 420-1800
Email: jalemanni@kilpartricktownsend.com
Email: tludlam@kilpatricktownsend.com

Michael T. Morlock
(GA Bar No. 647460)
1100 Peachtree Street, NE
Suite 2800
Atlanta, Georgia 30309
Telephone:       (404) 815-6500
Facsimile:        (404) 815-6555
Email:  mmorlock@kilpatricktownsend.com

Alton L. Absher III
(NC Bar No. 36579)

- 4 -

        1001 West Fourth Street
        Winston-Salem, NC  27101
        Telephone:	(336) 607-7300
        Facsimile:	(336) 607-7500
        Email:  aabsher@kilpatricktownsend.com

*Attorneys for Plaintiff GREE, Inc.*

- 5 -

/s/*Geoffrey Robert Miller*
Geoffrey Robert Miller
(Texas State Bar No. 24094847)
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10021
Telephone: 650.988.8500
Facsimile: 650.938.5200
Email: gmiller@fenwick.com

Michael J. Sacksteder (Admitted E.D. Texas)
Bryan A. Kohm (Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street
San Francisco, California 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: msacksteder@fenwick.com
bkohm@fenwick.com

Jessica M. Kaempf (Admitted E.D. Texas)
FENWICK & WEST LLP
1191 Second Ave., 10th Floor
Seattle, Washington 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: jware@fenwick.com
jkaempf@fenwick.com

Deron R Dacus
Shannon Marie Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543
ddacus@dacusfirm.com
sdacus@dacusfirm.com

*Attorneys for Defendant Supercell Oy*

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on February 12, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<div style="text-align: right;">
*/s/ Steven D. Moore*  
Steven D. Moore
</div>