# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GREE, INC., § § | |
| Plaintiff, § § | Case No.: 2:19-cv-00310-JRG-RSP |
| v. § § | JURY TRIAL DEMANDED |
| SUPERCELL OY, § § | |
| Defendant. § | |

## JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

Pursuant to the Court's January 28, 2020, Scheduling Conference, the Parties jointly file this Motion for Entry of Discovery Order, a copy of which is attached hereto for the Court's entry.

Dated: February 12, 2020

Respectfully submitted,

 */s/ Steven D. Moore*
Melissa R. Smith
(Texas State Bar No. 24001351)
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Steven D. Moore
(CA Bar No. 290875)
Taylor Pfingst
(CA Bar No. 316516)
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:	415 576 0200
Facsimile:	415 576 0300
Email:  smoore@kilpatricktownsend.com
Email:  tpfingst@kilpatricktownsend.com

Norris P. Boothe
(CA Bar No. 307702)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  650-326-2400
Facsimile:  650-326-2422
Email:  skolassa@kilpatricktownsend.com
Email:  wmosley@kilpatricktownsend.com
Email:  nboothe@kilpatricktownsend.com

John C. Alemanni
(NC Bar No. 22977)
Taylor Higgins Ludlam
(NC Bar No. 42377)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
4208 Six Forks Road
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 420-1800
Email: jalemanni@kilpartricktownsend.com
Email: tludlam@kilpatricktownsend.com

Michael T. Morlock
(GA Bar No. 647460)
1100 Peachtree Street, NE
Suite 2800
Atlanta, Georgia 30309
Telephone:       (404) 815-6500
Facsimile:        (404) 815-6555
Email:  mmorlock@kilpatricktownsend.com

Alton L. Absher III
(NC Bar No. 36579)
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:       (336) 607-7300
Facsimile:        (336) 607-7500
Email:  aabsher@kilpatricktownsend.com

*Attorneys for Plaintiff GREE, Inc.*

- 3 -

/s/ *Geoffrey Robert Miller*
Geoffrey Robert Miller
(Texas State Bar No. 24094847)
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10021
Telephone: 650.988.8500
Facsimile: 650.938.5200
Email: gmiller@fenwick.com

Michael J. Sacksteder (Admitted E.D. Texas)
Bryan A. Kohm (Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street
San Francisco, California 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: msacksteder@fenwick.com
bkohm@fenwick.com

Jessica M. Kaempf (Admitted E.D. Texas)
FENWICK & WEST LLP
1191 Second Ave., 10th Floor
Seattle, Washington 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: jware@fenwick.com
jkaempf@fenwick.com

Deron R Dacus
Shannon Marie Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543
ddacus@dacusfirm.com
sdacus@dacusfirm.com

*Attorneys for Defendant Supercell Oy*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on February 12, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Steven D. Moore*  
                                                Steven D. Moore