**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **GREE, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No.:  2:19-cv-00310-JRG-RSP** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **SUPERCELL OY,** | § | |
| | § | |
| **Defendant.** | § | |

---

**JOINT MOTION FOR ENTRY OF ESI ORDER**

Plaintiff and Defendant respectfully request that the Court enter the proposed ESI Order

attached hereto.  The Parties have met and conferred and agree upon all aspects of the proposed

order.

Dated: February 18, 2020                    Respectfully submitted,

                                                          /s/ Steven D. Moore
                                                          Melissa R. Smith
                                                          (Texas State Bar No. 24001351)
                                                          **GILLAM & SMITH LLP**
                                                          303 S. Washington Ave.
                                                          Marshall, Texas 75670
                                                          Telephone: (903) 934-8450
                                                          Facsimile: (903) 934-9257
                                                          Email: melissa@gillamsmithlaw.com


                                                          Steven D. Moore
                                                          (CA Bar No. 290875)
                                                          Taylor Pfingst
                                                          (CA Bar No. 316516)
                                                          **KILPATRICK TOWNSEND &**
                                                          **STOCKTON LLP**
                                                          Two Embarcadero Center, Suite 1900
                                                          San Francisco, CA  94111
                                                          Telephone:      415 576 0200
                                                          Facsimile:      415 576 0300
                                                          Email:  smoore@kilpatricktownsend.com
                                                          Email:  tpfingst@kilpatricktownsend.com

Norris P. Boothe
(CA Bar No. 307702)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  650-326-2400
Facsimile:  650-326-2422
Email:  nboothe@kilpatricktownsend.com

John C. Alemanni
(NC Bar No. 22977)
Taylor Higgins Ludlam
(NC Bar No. 42377)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
4208 Six Forks Road
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 420-1800
Email: jalemanni@kilpartricktownsend.com
Email: taludlam@kilpatricktownsend.com

Michael T. Morlock
(GA Bar No. 647460)
1100 Peachtree Street, NE
Suite 2800
Atlanta, Georgia 30309
Telephone:      (404) 815-6500
Facsimile:      (404) 815-6555
Email:  mmorlock@kilpatricktownsend.com

Alton L. Absher III
(NC Bar No. 36579)
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:      (336) 607-7300
Facsimile:      (336) 607-7500
Email:  aabsher@kilpatricktownsend.com

*Attorneys for Plaintiff GREE, Inc.*

*/s/ Jessica M. Kaempf*
Geoffrey Robert Miller
(Texas State Bar No. 24094847)
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10021
Telephone: 650.988.8500
Facsimile: 650.938.5200
Email: gmiller@fenwick.com

Michael J. Sacksteder (Admitted E.D. Texas)
Bryan A. Kohm (Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street
San Francisco, California 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: msacksteder@fenwick.com
bkohm@fenwick.com

Jessica M. Kaempf (Admitted E.D. Texas)
FENWICK & WEST LLP
1191 Second Ave., 10th Floor
Seattle, Washington 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: jware@fenwick.com
jkaempf@fenwick.com

Deron R Dacus
Shannon Marie Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543
ddacus@dacusfirm.com
sdacus@dacusfirm.com

*Attorneys for Defendant Supercell Oy*

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on February 18, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Steven D. Moore
Steven D. Moore